IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00346-RPM

AUSTIN WHITING,

Plaintiff,

v.

NATHANIEL ALLAN WRIGHT, in his individual capacity,

Defendant.
_____

**ORDER RE DEFENDANT'S UNOPPOSED MOTION FOR A 21-DAY STAY OF ALL CASE DEADLINES**
_____

The Court, having reviewed Defendant's Unopposed Motion for a 21-day Stay of all Case Deadlines, being duly advised in the premises, and for good cause shown, does hereby GRANT the motion. All case deadlines are stayed up to and including September 25, 2015.

Dated: September 8th, 2015.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge