IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00346-RPM

AUSTIN WHITING,

      Plaintiff(s),

v.

NATHANIEL ALLAN WRIGHT, in his individual
capacity.

      Defendant(s).

_____

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
_____

This matter comes before the Court on the parties' Stipulated Motion to Dismiss with Prejudice (the "Motion").  The Court, having reviewed the Motion and being fully advised in the matter, enters the following Order:

The parties have reached a settlement agreement in which they have agreed to dismiss this case with prejudice, each party to pay his own costs and attorney fees.  Therefore, this case is HEREBY DISMISSED WITH PREJUDICE, with each party to pay his own costs and attorney fees.

Entered this 28th day of September, 2015.

                  BY THE COURT:

                  s/Richard P.Matsch

                  _____
                  Richard P. Matsch, Senior District Judge